```
        FILED
   U.S. DISTRICT COURT
   DISTRICT OF MARYLAND
   2001 NOV -6  P 3: 46
      CLERK'S OFFICE
        AT BALTIMORE
   BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

PATRICIA ANN SMOTHERS          :

      Plaintiff

    vs.                              :

                                        Civil Action No. MJG 01-2833

WAL-MART STORES, INC., et al   :

      Defendant

---

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for Leave to Amend, and for good cause shown, it is this 6th day of November, 2001, hereby,

ORDERED, that Plaintiff's Motion is hereby GRANTED; and it is further

ORDERED, that Plaintiff's Amended Complaint is to be filed in the above-captioned case.

                                                  _____
                                                  JUDGE
                                                  United States District Court