FILED
U.S. DISTRICT COURT
2002 FEB 25 P 2: 09

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

PATRICIA ANN SMOTHERS      :

    Plaintiff

vs.      :

    Civil Action No. MJG 01-2833

WAL-MART STORES, INC., et al      :

    Defendant

## ORDER

UPON CONSIDERATION of the Plaintiff's Request to Extend the Dates of the Scheduling Order, and with the consent of counsel for the Defendant, Wal-Mart Stores, Inc., it is this 25th day of February, 2002, hereby,

ORDERED, that the Request is hereby GRANTED; and it is further

ORDERED, that the Scheduling Order in this matter shall be extended and a new Scheduling Order issued after Defendants Kimco Realty Corporation and Permelynn of Westchester, Inc. have answered the Plaintiff's Amended Complaint in the above-captioned case.

JUDGE
United States District Court


