FILED _____ ENTERED
_____ LODGED _____ RECEIVED

SEP - 9 2002

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| PATRICIA ANN SMOTHERS | * |
| Plaintiff | * |
| vs. | * CIVIL ACTION NO.: MJG 01-2833 |
| WAL-MART STORES, INC., et al. | * |
| Defendants | * |

## LINE OF DISMISSAL

TO THE CLERK:

You will please mark all claims in the above-captioned case as SETTLED, SATISFIED, PAID, and DISMISSED WITH PREJUDICE.

Respectfully submitted,

_____
Robert C. Blackford, Esquire
4 Professional Drive, Suite 140
Gaithersburg, Maryland 20879
Counsel for Plaintiff

_____
Roy W. Anderson, Jr., Esquire
100 South Charles Street, Ste. 1101
Baltimore, Maryland 21201
Counsel for Co-Defendant Permelynn and
   Kimco Realty

_____
Christopher R. Dunn, Esquire
4601 Forbes Boulevard, #200
P.O. Box 40
Lanham, MD  20703-0040
Counsel for Defendant Wal-Mart

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-
FAX: (703) 289-

Approved this 10th day of September, 2002

_____
Marvin J. Garbis
United States District Judge